IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR, INC., ET AL § | |
| § | |
| v. § | No. 2:07-cv-139 (TJW) |
| § | |
| ABBOTT LABORATORIES § | |

**ORDER**

This case is set for a status conference in Marshall, Texas, on November 2, 2007, at 10:30 a.m., before the Honorable T. John Ward and the Honorable Chad Everingham. The purpose of the conference will be to assign a claim construction hearing date and a trial setting. The parties shall be prepared to inform the court whether they will consent to trial before the Magistrate Judge.

SIGNED this 11th day of October, 2007.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE