IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR, INC. and<br>NEW YORK UNIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 2:07CV139<br>)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## **PROPOSED ORDER**

　　IT IS HEREBY ORDERED that the Joint Motion to Lift the Stay in this matter is GRANTED.

　　SIGNED this 13th day of March, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE