**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **CENTOCOR, INC. and NEW YORK UNIVERSITY,** <br><br> Plaintiffs, <br><br> v. <br><br> **ABBOTT LABORATORIES,** <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CIVIL ACTION NO. 2:07CV139** <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE OF
<u>PLAINTIFFS' INITIAL DISCLOSURES</u>**

Plaintiffs Centocor, Inc. and New York University hereby give notice that, pursuant to the Court's Discovery Order, Plaintiffs served their Initial Disclosures on May 15, 2008.

Dated: May 16, 2008

Respectfully submitted,

/s/Dianne B. Elderkin
**DIANNE B. ELDERKIN
(Lead Attorney)**
elderkin@woodcock.com
**JOSEPH LUCCI
(Of Counsel)**
lucci@woodcock.com
**BARBARA L. MULLIN
(Of Counsel)**
mullin@woodcock.com
**STEVEN D. MASLOWSKI
(Of Counsel)**
smaslows@woodcock.com
**LAUREN T. RABINOVIC
(Of Counsel)**
lrabinovic@woodcock.com
**MATTHEW A. PEARSON
(Of Counsel)**

mpearson@woodcock.com
**WOODCOCK WASHBURN LLP**
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215-568-3100
FAX: 215-568-3439

**RICHARD A. SAYLES**
**(Of Counsel)**
Texas State Bar No. 17697500
dsayles@swtriallaw.com
**EVE L. HENSON**
**(Of Counsel)**
Texas State Bar No. 00791462
ehenson@swtrial.com
**JOHN D. ORMOND**
**(Of Counsel)**
Texas State Bar No.  24037217
jormond@swtriallaw.com
**SAYLES|WERBNER**
*A Professional Corporation*
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas  75270
(214) 939-8700
FAX (214) 939-8787

**ATTORNEYS FOR PLAINTIFFS**
**CENTOCOR, INC. and**
**NEW YORK UNIVERSITY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Service of Plaintiffs' Initial Disclosures in this matter was served on counsel of record via ECF, as follows, on May 16, 2008.

David J. Beck
Texas Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: dbeck@brsfirm.com

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com

William G. McElwain
Amy Kreiger Wigmore
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: william.mcelwain@wilmerhale.com
Email: amy.wigmore@wilmerhale.com

Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10020
Telephone: (212) 230-8830
Facsimile: (212) 230-8888
Email: robert.gunther@wilmerhale.com

Eric P. Martin
Jose Enrique Rivera
Peter N. Witty
ABBOTT LABORATORIES
Dept. 324, Bldg. AP6A-1, 100
Abbott Park Road
Abbott Park, IL 60064-6008
Telephone: (847) 938-3887
Facsimile: (847) 938-6235
Email: eric.martin@abbott.com
Email: jose.rivera@abbott.com
Email: peter.witty@abbott.com

                          /s/ Dianne B. Elderkin
                          Dianne B. Elderkin