## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

_____

**CENTOCOR, INC. and**
**NEW YORK UNIVERSITY,**

     **Plaintiffs,**

     **v.**

**ABBOTT LABORATORIES, ABBOTT**
**BIORESEARCH CENTER, INC., and**
**ABBOTT BIOTECHNOLOGY, LTD.**

     **Defendants.**
_____

)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO. 2:07CV139**

**JURY TRIAL DEMANDED**

### JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

The parties submit this Joint Claim Construction and Prehearing Statement pursuant to Local Patent Rule ("P.R.") 4-3.

**I.     Construction of Claim Terms, Phrases, or Clauses on Which the Parties Agree**

In the attached Plaintiffs' Exhibit A and Defendants' Exhibit B, the parties have identified the construction of the terms, phrases, and clauses in the asserted claims of U.S. Patents 7,070,775 (the "'775 patent") and 7,276,239 (the "'239 patent") on which they agree, pursuant to P.R. 4-3(a).

The claim constructions proposed and/or agreed upon by Defendants in Exhibit B are offered without prejudice to Defendants' arguments relating to indefiniteness as set forth in their disclosures under P.R. 3-3 and 3-4.

II.       **Proposed Claim Constructions for Disputed Claim Terms, Phrases, or Clauses**

Pursuant to P.R. 4-3(b), the parties have identified, in the attached Plaintiffs' Exhibit A and Defendants' Exhibit B, their proposed constructions for disputed claim terms, phrases, and clauses for the '775 and '239 patents, as well as the citations to the patent specifications, prosecution histories, and references incorporated by reference by the patents (intrinsic evidence) that the parties intend to rely on to support or oppose the proposed constructions.  The parties also identify in Exhibits A and B the extrinsic evidence that the parties intend to rely on to support or oppose the proposed constructions.

The claim constructions proposed and/or agreed upon by Defendants in Exhibit B are offered without prejudice to Defendants' arguments relating to indefiniteness as set forth in their disclosures under P.R. 3-3 and 3-4.

III.      **Anticipated Length of Time Necessary for the Claim Construction Hearing**

The parties anticipate that three hours will be necessary for the claim construction hearing.

IV.      **Identification of Witnesses**

The parties do not intend to call live witnesses at the Claim Construction Hearing. Plaintiffs intend to submit a declaration by Dr. Gregory Adams, and a summary of Dr. Adams's proposed testimony is attached as Plaintiffs' Exhibit C, pursuant to P.R. 4-3(d).  Defendants intend to submit a declaration by Dr. James Marks, and a summary of Dr. Marks's proposed testimony is attached as Defendant's Exhibit D, pursuant to P.R. 4-3(d).

The parties have agreed to meet and confer promptly after submission of this filing to discuss whether expert depositions concerning claim construction will be necessary.

**V.      Other Issues**

(A)      Plaintiffs intend to submit a technology tutorial in the form of a DVD prior to the February 26, 2009 Claim Construction Hearing.  Defendants may include technology tutorials and/or demonstrative exhibits relating thereto in their respective claim construction briefs. Defendants may also submit demonstrative exhibits relating to a technology tutorial before the claim construction hearing.  Each party reserves the right to lodge appropriate objections to the other party's tutorial and related demonstrative exhibits.  The parties are unaware of any other issues that should be discussed at a prehearing conference before the Claim Construction Hearing.

(B)      The parties have not agreed to jointly approach the Court to request an enlargement of the page limits for the Claim Construction Briefs required by P.R. 4-5. Defendants, however, reserve the right to do so if it deems necessary.

Dated: September 26, 2008

Respectfully submitted,

By: /s/ Dianne B. Elderkin__
**DIANNE B. ELDERKIN**
**(Lead Attorney)**
elderkin@woodcock.com
**JOSEPH LUCCI**
**(Of Counsel)**
lucci@woodcock.com
**BARBARA L. MULLIN**
**(Of Counsel)**
mullin@woodcock.com
**STEVEN D. MASLOWSKI**
**(Of Counsel)**
smaslows@woodcock.com
**ANGELA VERRECCHIO**
**(Of Counsel)**
averrecc@woodcock.com
**MATTHEW A. PEARSON**
**(Of Counsel)**
mpearson@woodcock.com
**WOODCOCK WASHBURN LLP**
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215-568-3100

**RICHARD A. SAYLES**
**(Of Counsel)**
Texas State Bar No. 17697500
dsayles@swtriallaw.com
**EVE L. HENSON**
**(Of Counsel)**
Texas State Bar No. 00791462
ehenson@swtriallaw.com
**JOHN D. ORMOND**
**(Of Counsel)**
Texas State Bar No. 24037217
jormond@swtriallaw.com
**SAYLES IWERBNER**
*A Professional Corporation*
4400 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270

Respectfully submitted,

By:  /s/ Michael E. Richardson__
David J. Beck
Texas Bar No. 00000070
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
dbeck@brsfirrm.com
Email: dbeck@brsfirm.com

**ATTORNEY-IN-CHARGE FOR**
**DEFENDANT ABBOTT**
**LABORATORIES**

*Of Counsel:*

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com

William G. McElwain
Amy Kreiger Wigmore
Amanda L. Major
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000

Facsimile: (202) 663-6363
Email: william.mcelwain@wilmerhale.com
Email: amy.wigmore@wilmerhale.com
Email: amanda.major@wilmerhale.com

Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE
AND DORR LLP
399 Park Avenue
New York, NY 10020
Telephone: (212) 230-8830
Facsimile: (212) 230-8888
Email: robert.gunther@wilmerhale.com

Jose Enrique Rivera
Eric P. Martin
ABBOTT LABORATORIES
Dept. 324, Bldg. AP6A-1,100
Abbott Park Road
Abbott Park, Illinois 60064-6008
Telephone: (847) 938-3887
Facsimile: (847) 938-6235
Email: jose.rivera@abbott.com
Email: eric.martin@abbott.com