IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CENTOCOR, INC., ET AL. | § | |
| | § | |
| V | § | CIVIL NO. 2:07-CV-139(TJW) |
| | § | |
| ABBOTT LABORATORIES | § | |

---

ATTORNEY FOR PLAINTIFFS:          (See attached sign-in sheet)


ATTORNEY FOR DEFENDANT:          (See attached sign-in sheet)


LAW CLERK:          Chris Smith, David Morehan, Ifti Ahmed


COURTROOM DEPUTY:          Sonja H. Dupree


COURT REPORTER:          Shelly Holmes

---

**CLAIM CONSTRUCTION HEARING**
February 26, 2009 @ 9:00 a.m.

OPEN: ___9:00___                    ADJOURN: ___11:10___

---

Court opened. Mr. Sayles announced ready on behalf of the plaintiff and introduced those seated at plaintiff's table. Mr. Richardson announced ready for defendant and introduced those seated at defendant's table.

Ms. Elderkin made presentation on behalf of the plaintiffs.

10:03 - Recess; to return in 15 minutes.

10:18 - Court reconvened.

Defendant's presentation was given by Mr. Lee.

11:00 - Rebuttal by Ms. Elderkin.

The Court had questions, and plaintiff's attorney responded

Adjourned - 11:10

# ATTORNEY SIGN-IN SHEET

**Cause #:** _2:07cv139_          **JUDGE:** _T. JOHN WARD_

*Centocor, Inc., et al. v. Abbott Laboratories*

## CLAIM CONSTRUCTION HEARING

**DATE:** _2/26/09_          **TIME:** _9:00_

# PLEASE PRINT CLEARLY

| *ATTORNEY NAME* | *REPRESENTING* |
|---|---|
| Dianne Elderkin | Centocor / NYU |
| Barbara Mullin | " " |
| Ken Dow | Centocor / NYU |
| Dick Sayles | Centocor / NYU |
| Mark Strachan | Centocor |
| Matthew Pearson | Centocor / NYU |
| Michael Richardson | Abbott |
| Amy Wigmore | Abbott |
| Bill McElwain | Abbott |
| Jamaica Szeliga | Abbott |
| Bill Lee | Abho |
| PETER WITTY | ABBOTT |
| Eric Martin | Abbott |
| | |
| | |
| | |
| | |
| | |
| | |
| | |