UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC. and ABBOTT BIOTECHNOLOGY LTD.,<br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 2:07CV139<br><br>JURY TRIAL DEMANDED |

## ABBOTT'S OPPOSITION TO PLAINTIFFS' MOTION TO BIFURCATE TRIAL OF JURY ISSUES FROM TRIAL OF EQUITABLE ISSUES

Defendants Abbott Laboratories, Abbott Bioresearch Center, Inc. and Abbott Biotechnology Ltd. (collectively "Abbott") do not dispute the fact that the defenses of prosecution laches and inequitable conduct are equitable in nature and should be heard by the Court outside of the presence of the jury. To the extent that is what Plaintiffs are requesting in their motion, Abbott has no objection.

Abbott, however, believes it is appropriate to discuss the timing and schedule for presentation of evidence on Abbott's equitable defenses during the pre-trial conference. To the extent possible and consistent with the Court's availability, it may be most efficient to have these issues tried during the same time period that has been set for the jury trial, either after the jury has been dismissed for the day or when the jury is deliberating.

| | |
|---|---|
| Dated: April 22, 2009 | By: /s/ David J. Beck<br>David J. Beck<br>Texas Bar No. 00000070<br>Beck, Redden & Secrest, L.L.P.<br>One Houston Center<br>1221 McKinney St., Suite 4500<br>Houston, TX. 77010<br>(713) 951-3700<br>(713) 951-3720 (Fax)<br>dbeck@brsfirm.com<br>Email: dbeck@brsfirm.com<br><br>**ATTORNEY-IN-CHARGE FOR DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD.** |

*Of Counsel*:

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee (admitted *pro hac vice*)
Anne McLaughlin (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com
         anne.mclaughlin@wilmerhale.com

Brent J. Gurney (admitted *pro hac vice*)
William G. McElwain (admitted *pro hac vice*)
Amy Kreiger Wigmore (admitted *pro hac vice*)
Jamaica P. Szeliga (admitted *pro hac vice*)
Jamie T. Wisz (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Gabriel Taran (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Belinda M. Lew (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: brent.gurney@wilmerhale.com
Email: william.mcelwain@wilmerhale.com
Email: amy.wigmore@wilmerhale.com
Email: jamaica.szeliga@wilmerhale.com
Email: jamie.wisz@wilmerhale.com
Email: amanda.major@wilmerhale.com
Email: gabriel.taran@wilmerhale.com
Email: jacob.oyloe@wilmerhale.com
Email: belinda.lew@wilmerhale.com

Robert J. Gunther, Jr. (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10020
Telephone: (212) 230-8830
Facsimile: (212) 230-8888
Email: robert.gunther@wilmerhale.com

Maria K. Vento (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: maria.vento@wilmerhale.com

Eric P. Martin (admitted *pro hac vice*)
ABBOTT LABORATORIES
Dept. 324, Bldg. AP6A-1,100
Abbott Park Road
Abbott Park, Illinois 60064-6008
Telephone: (847) 938-3887
Facsimile: (847) 938-6235
Email: eric.martin@abbott.com

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 22nd day of April, 2009 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

                                        /s/ Michael E. Richardson
                                        Michael E. Richardson

1104.00001/430132.1