# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY, <br><br>    Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, <br><br>    Defendant. | CIVIL ACTION NO. 2:07CV139 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO EXTEND MEDIATION DEADLINE

Having considered the Joint Motion to Extend Mediation Deadline in the above captioned cause, the Court is of the opinion that the relief sought should be granted; and therefore ORDERS that the parties' mediation deadline under its May 12, 2008 Docket Control Order is extended by twenty-one days, such that the new deadline for completion of mediation is Friday, June 12, 2009.

SIGNED this 4th day of May, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE