IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CENTOCOR, INC., ET AL. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-139(TJW) |
| | § | |
| ABBOTT LABORATORIES | § | |

| | |
|---|---|
| ATTORNEY FOR PLAINTIFFS:<br>Eric Harris, Corp. Rep | Dick Sayles, Dianne B. Elderkin, Barbara Mullin<br>Steven Maslowski |
| ATTORNEY FOR DEFENDANT:<br>Dr. Jochen Salfeld | David Beck, William Lee, Gil Gillam, Amy<br>Wigmore, Bill McElwain |
| LAW CLERK: | Chris Smith, David Morehan, Ifti Ahmed |
| COURTROOM DEPUTY: | Sonja H. Dupree |
| COURT REPORTER: | Judy Werlinger, Susan Simmons |

**JURY TRIAL - THIRD DAY**
**June 24, 2009 @ 8:30 a.m.**

OPEN:   8:30                                      ADJOURN:   4:50

Court opened. The Court welcomed the jury.

Defendant called Paolo Casali by video deposition.

8:47 - Defendant called Junming Le by video deposition.

9:04 - Defendant called James Marks. The witness was sworn. Direct examination of Dr. Marks was conducted by Mr. Lee.

10:10 - Morning break; to return at 10:30.

10:31 - Court reconvened.  Direct examination of Dr. Marks continued by Mr. Lee.

11:30 - Cross of Dr. Marks was conducted by Ms. Mullin.

11:56 - Lunch break; to return at 1:10.

1:09 - Court reconvened.  Cross of Dr. Marks continued by Ms. Mullin.

2:34 - Re-direct of Dr. Marks by Mr. Lee.

2:52 - Defendant called Dr. David Knight by video deposition.

3:08 - Afternoon break; to return at 3:30.

3:30 - Defendant called Dr. Jan Vilcek by video deposition.

3:43 - Defendant called Dr. Daniel Slottje.  The witness was sworn.  Direct examination of Dr. Slottje was conducted by Ms. Wigmore.

4:49 - The Court gave instruction to the jury and dismissed them for the day.  The Court went over the schedule for tomorrow and Monday.

4:50 - adjourned.