IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CENTOCOR, INC. and NEW YORK UNIVERSITY, | § § § | |
| Plaintiffs, | § § | |
| | § | CIVIL ACTION NO. 2:07-CV-139 (TJW) |
| v. | § § | |
| ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., and ABBOTT BIOTECHNOLOGY LTD., | § § § | |
| Defendants. | | |

## ORDER

The court will conduct an inequitable conduct hearing on August 4, 2009 at 9:00 AM in this case. The parties will be limited to three (3) hours per side for direct and cross-examination of witnesses. The parties may have 15 minutes for any opening statement and 10 minutes for any closing argument. The trial briefing schedule is as follows:

Defendants' Opening Brief (limited to 30 pages)- July 17, 2009

Plaintiffs' Response Brief (limited to 30 pages) - July 27, 2009

Defendants' Reply Brief (limited to 12 pages) - July 30, 2009

SIGNED this 7th day of July, 2009.

*T. John Ward*
T. JOHN WARD
UNITED STATES DISTRICT JUDGE