UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD.,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | Civil Action No. 2:07CV139<br><br>JURY TRIAL DEMANDED |

## DEFENDANTS' NOTICE OF INTENT TO REQUEST REDACTION

Notice is hereby given that a Motion to Redact Transcript will be submitted to the Court within twenty-one (21) days from the filing of the transcript with the Clerk of Court. The proceeding occurred on June 25, 2009, and was reported by Susan Simmons, the court reporter.

Dated: July 8, 2009

By: /s/ David J. Beck
    David J. Beck
    Texas Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
dbeck@brsfirm.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD.**

*Of Counsel*:

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee
(admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com

1

William G. McElwain
(admitted *pro hac vice*)
Amy Kreiger Wigmore
(admitted *pro hac vice*)
Brent J. Gurney
(admitted *pro hac vice*)
Amanda L. Major
(admitted *pro hac vice*)
Jamaica P. Szeliga
(admitted *pro hac vice*)
Gabriel Taran
(admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: william.mcelwain@wilmerhale.com
Email: amy.wigmore@wilmerhale.com
Email: brent.gurney@wilmerhale.com
Email: amanda.major@wilmerhale.com
Email: jamaica.szeliga@wilmerhale.com
Email: gabriel.taran@wilmerhale.com

Robert J. Gunther, Jr.
(admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10020
Telephone: (212) 230-8830
Facsimile: (212) 230-8888
Email: robert.gunther@wilmerhale.com

Eric P. Martin
(admitted *pro hac vice*)
ABBOTT LABORATORIES
Dept. 324, Bldg. AP6A-1,100
Abbott Park Road
Abbott Park, Illinois 60064-6008
Telephone: (847) 938-3887
Facsimile: (847) 938-6235
Email: jose.rivera@abbott.com
Email: eric.martin@abbott.com


Case 2:07-cv-00139-TJW Document 276 Filed 07/08/09 Page 4 of 4

## CERTIFICATE OF SERVICE

The foregoing document was served on the following counsel of record in compliance with Rule 5b of the Federal Rules of Civil Procedure on July 8, 2009, by electronic mail:

| | |
|---|---|
| **WOODCOCK WASHBURN LLP**<br>Cira Centre, 12th Floor<br>2929 Arch Street<br>Philadelphia, PA 19104-2891<br>215-568-3100<br>FAX: 215-568-3439 | **SAYLES WERBNER**<br>*A Professional Corporation*<br>4400 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>(214) 939-8700<br>FAX (214) 939-8787 |
| **DIANNE B. ELDERKIN**<br>(Lead Attorney)<br>elderkin@woodcock.com | **RICHARD A. SAYLES**<br>(Of Counsel)<br>Texas State Bar No. 17697500<br>dsayles@swtriallaw.com |
| **JOSEPH LUCCI**<br>(Of Counsel)<br>lucci@woodcock.com | **EVE L. HENSON**<br>(Of Counsel)<br>Texas State Bar No. 00791462<br>ehenson@swtrial.com |
| **BARBARA L. MULLIN**<br>(Of Counsel)<br>mullin@woodcock.com | **JOHN D. ORMOND**<br>(Of Counsel)<br>Texas State Bar No. 24037217<br>jormond@swtriallaw.com |
| **MATTHEW A. PEARSON**<br>(Of Counsel)<br>mpearson@woodcock.com | **MARK DANIEL STRACHAN**<br>(Of Counsel)<br>mstrachan@swtriallaw.com |
| **STEVEN D. MASLOWSKI**<br>(Of Counsel)<br>smaslows@woodcock.com | |
| **ANGELA VERRECCHIO**<br>(Of Counsel)<br>averrecc@woodcock.com | |

/s/ David J. Beck
David J. Beck

3