UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY,<br><br>    Plaintiffs and Counterclaim-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC. and ABBOTT BIOTECHNOLOGY LTD.,<br>    Defendants and Counterclaim-Plaintiffs. | Civil Action No. 2:07CV139 (TJW) |

## **PROPOSED AMENDED ORDER**

This Court's July 7, 2009 Order (Dkt. No. 263) is amended as follows.

The Court will conduct a hearing in this case addressing inequitable conduct, prosecution laches and indefiniteness on August 4, 2009 at 9:00 AM. The parties will be limited to three (3) hours per side for direct and cross-examination of witnesses. The parties may have 15 minutes for any opening statement and 10 minutes for any closing argument. A party may reallocate up to 30 minutes of the time reserved for direct and cross-examination of witnesses to its opening statement and/or closing argument. Each party shall notify the Court of whether and how it intends to reallocate its time by no later than Friday, July 31.

Trial briefs should address inequitable conduct, prosecution laches and indefiniteness. The trial briefing schedule is as follows:

    Defendants' Opening Brief (limited to 30 pages) – July 17, 2009

    Plaintiffs' Response Brief (limited to 30 pages) – July 27, 2009

    Defendants' Reply Brief (limited to 12 pages) – July 30, 2009

SIGNED this 13th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE