IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CENTOCOR, INC. and NEW YORK UNIVERSITY, | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:07-CV-139 (TJW) |
| ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., and ABBOTT BIOTECHNOLOGY LTD., | § § § | |
| Defendants. | | |

## ORDER

Before the Court is Abbott's Unopposed Motion to Redact Trial Transcript. The Court finds that the motion should be GRANTED.

IT IS HEREBY ORDERED that the following page/lines from the trial transcript for the morning of June 25, 2009 shall be redacted:

| Page | Line |
|------|------|
| 58 | 3-22 |
| 59 | 4-6, 15-25 |
| 60 | 1-3 |
| 66 | 9-21 |
| 72 | 7-13 |
| 74 | 12-13 |

Because this is not a statutory redaction, the parties are to pay the court reporter any reasonable customary fees associated with the redaction.

SIGNED this 30th day of July, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE