# EXHIBIT 14



DEFENDANT'S EXHIBIT
DX 440
Case No. 2:07CV139

## Biacore measurements for the interaction between captured antibody (25 μg/ml) and soluble rhTNFα (2.5 – 1000 nM)

| Sample | Ab Class | Captured antibody | Stoich. range | Individual Biacore Kinetic Rate Parameters | | $K_D$ (M) |
|---|---|---|---|---|---|---|
| | | | | On-rate (M-1s-1) | Off-rate (s-1) | |
| 1 | Murine IgG | Peptech 001 | 0.23 – 0.47 | 1.04E+06 | 5.02E-04 | 4.83E-10 |
| 2 | Murine IgG | Peptech 25 | 0.31 – 0.64 | 8.31E+05 | 1.85E-04 | 2.23E-10 |
| 3 | Murine IgG | Peptech 37 | –0.03 – 0.09[c] | 4.25E+05 | 1.47E-03 | 3.45E-09 |
| 4 | Murine IgG | [ab]Peptech 42 | –0.01 – 0.46 | 3.73E+04 | 3.85E-04 | 1.03E-08 |
| 5 | Murine IgG | [ab]Peptech 53 | –0.04 – 0.60 | 4.08E+04 | 4.08E-04 | 9.99E-09 |
| 6 | Murine IgG | Peptech 54 | 0.27 – 0.52 | 6.61E+05 | 3.37E-04 | 5.10E-10 |
| 7 | Human IgG1 | Remicade | 0.45 – 0.81 | 6.26E+05 | 3.56E-05 | 5.69E-11 |
| 8 | Murine IgG3 | Segard | 0.55 – 0.91 | 6.44E+05 | 1.62E-05 | 2.52E-11 |
| 9 | Human IgG1 | D2E7 | 0.47 – 1.45 | 3.44E+05 | 6.84E-05 | 1.99E-10 |

[a] 1:1 Langmuir model did not fit the experimental data very well.
[b] The shape of the experimental dissociation phase suggests that there might be more than one process involved.
[c] Analyte response level was very low.

ABBOTT-HUM 0145658
CONFIDENTIAL

PLAINTIFFS'
EXHIBIT 68
2:07cv139

CONFIDENTIAL

ABT00161672

# Reactivity pattern matrix showing the binding ability of pairs of Mabs to rhTNFα

## Pair-wise epitope mapping by Biacore

| Sample | 2° Soluble Immune complex (Ab:Ag ratio = 4:1) | 1° Captured rhTNFα antagonist, 25 µg/ml | | |
|---|---|---|---|---|
| | | Remicade | D2E7 | Segard |
| 1 | rhTNFα | + | + | + |
| 2 | rhTNFα + Mouse IgG | + | + | + |
| 3 | rhTNFα + Human IgG | + | + | + |
| 4 | rhTNFα + Peptech Mab 1 | + | + | + |
| 5 | rhTNFα + Peptech Mab 25 | + | - | + |
| 6 | rhTNFα + Peptech Mab 37 | - | + | + |
| 7 | rhTNFα + Peptech Mab 42 | - | ? | + |
| 8 | rhTNFα + Peptech Mab 53 | + | ? | + |
| 9 | rhTNFα + Peptech Mab 54 | - | + | + |
| 10 | rhTNFα + Remicade | - | - | - |
| 11 | rhTNFα + Segard | | - | - |
| 12 | rhTNFα + D2E7 | - | - | - |

\+ Pairs of Mabs that bind concurrently

\- Pairs of Mabs that interfere in binding

ABBOTT-HUM 0145659
CONFIDENTIAL

CONFIDENTIAL                                    ABT00161673

| Sample | Ab Class | Captured antibody | Stoich. range | Individual Biacore Kinetic Rate Parameters | |
|---|---|---|---|---|---|
| | | | | On-rate (M-1s-1) | Off-rate (s-1) |
| 1 | Murine IgG | Peptech 001 | 0.23 - 0.47 | 1.04E+06 | 5.02E-04 |
| 2 | Murine IgG | Peptech 25 | 0.31 - 0.64 | 8.31E+05 | 1.85E-04 |
| 3 | Murine IgG | Peptech 37 | -0.03 - 0.09[c] | 4.25E+05 | 1.47E-03 |
| 4 | Murine IgG | [ab]Peptech 42 | -0.01 - 0.46 | 3.73E+04 | 3.85E-04 |
| 5 | Murine IgG | [ab]Peptech 53 | -0.04 - 0.60 | 4.08E+04 | 4.08E-04 |
| 6 | Murine IgG | Peptech 54 | 0.27 - 0.52 | 6.61E+05 | 3.37E-04 |
| 7 | Human IgG1 | Remicade | 0.45 - 0.81 | 6.26E+05 | 3.56E-05 |
| 8 | Murine IgG3 | Segard | 0.55 - 0.91 | 6.44E+05 | 1.62E-05 |
| 9 | Human IgG1 | D2E7 | 0.47 - 1.45 | 3.44E+05 | 6.84E-05 |
| 10 | Human IgG1 | [d]D2E7 | | 4.82E+05 | 3.08E-05 |

[a] 1 : 1 Langmuir model did not fit the experimental data very well.
[b] The shape of the experimental dissociation phase suggests that there might be more than one process involved.
[c] Analyte response level was very low.
[d] AFP04C D2E7 Reference standard tested May.15.2002

ABBOTT-HUM 0145660
CONFIDENTIAL

CONFIDENTIAL                                    ABT00161674

| $K_D$ (M) |
|---|
| 4.83E-10 |
| 2.23E-10 |
| 3.45E-09 |
| 1.03E-08 |
| 9.99E-09 |
| 5.10E-10 |
| 5.69E-11 |
| 2.52E-11 |
| 1.99E-10 |
| 6.39E-11 |

ABBOTT-HUM 0145661
CONFIDENTIAL

CONFIDENTIAL                                                   ABT00161675

## Pair-wise epitope mapping by Biacore using captured Segard

1° Captured rhTNFα antagonist, 25 µg/ml

| Sample | 2° Soluble Immune complex (Ab:Ag ratio = 4:1) | Segard (RU's) | Binding | Do antibodies share a similar binding epitope? |
|---|---|---|---|---|
| 1 | rhTNFα | 1176 | + | Not applicable |
| 2 | rhTNFα + Mouse IgG | 1010 | + | Not applicable |
| 3 | rhTNFα + Human IgG | 922 | + | Not applicable |
| 4 | rhTNFα + Peptech Mab 1 | 1005 | + | No |
| 5 | rhTNFα + Peptech Mab 25 | 637 | + | No |
| 6 | rhTNFα + Peptech Mab 37 | 1052 | + | No |
| 7 | rhTNFα + Peptech Mab 42 | 458 | + | No |
| 8 | rhTNFα + Peptech Mab 53 | 411 | + | No |
| 9 | rhTNFα + Peptech Mab 54 | 907 | + | No |
| 10 | rhTNFα + Remicade | 10 | - | Yes |
| 11 | rhTNFα + Segard | 106 | - | Yes |
| 12 | rhTNFα + D2E7 | -26 | - | Yes |

1° Captured rhTNFα antagonist, 25 µg/ml

| Sample | 2° Soluble Antibody only | Segard (RU's) | Binding | Comment |
|---|---|---|---|---|
| 1 | rhTNFα | 1091 | + | Stoichiometry = 0.90 |
| 2 | Mouse IgG | -3 | - | Isotype matched control |
| 3 | Human IgG | -13 | - | Isotype matched control |
| 4 | Peptech Mab 1 | 1 | - | |
| 5 | Peptech Mab 25 | -21 | - | |
| 6 | Peptech Mab 37 | 5 | - | |
| 7 | Peptech Mab 42 | -17 | - | |
| 8 | Peptech Mab 53 | -19 | - | |
| 9 | Peptech Mab 54 | -7 | - | |
| 10 | Remicade | -31 | - | |
| 11 | Segard | 131 | - | Very little unwanted binding |
| 12 | D2E7 | -30 | - | |

ABBOTT-HUM 0145662
CONFIDENTIAL

CONFIDENTIAL                                                                     ABT00161676

## Pair-wise epitope mapping by Biacore using captured D2E7

1° Captured rhTNFα antagonist, 25 µg/ml

| Sample | 2° Soluble Immune complex (Ab:Ag ratio = 4:1) | D2E7 (RU's) | Binding | Do antibodies share a similar binding epitope? |
|---|---|---|---|---|
| 1 | rhTNFα | 1245 | + | Not applicable |
| 2 | rhTNFα + Mouse IgG | 929 | + | Not applicable |
| 3 | rhTNFα + Human IgG | 951 | + | Not applicable |
| 4 | rhTNFα + Peptech Mab 1 | 1130 | + | No |
| 5 | rhTNFα + Peptech Mab 25 | -40 | - | Yes |
| 6 | rhTNFα + Peptech Mab 37 | 968 | + | No |
| 7 | rhTNFα + Peptech Mab 42 | 216 | ? | Maybe overlapping epitopes |
| 8 | rhTNFα + Peptech Mab 53 | 189 | ? | Maybe overlapping epitopes |
| 9 | rhTNFα + Peptech Mab 54 | 541 | + | No |
| 10 | rhTNFα + Remicade | 80 | - | Yes |
| 11 | rhTNFα + Segard | -50 | - | Yes |
| 12 | rhTNFα + D2E7 | 107 | - | Yes |

1° Captured rhTNFα antagonist, 25 µg/ml

| Sample | 2° Soluble Antibody only | D2E7 (RU's) | Binding | Comment |
|---|---|---|---|---|
| 1 | rhTNFα | 1236 | + | Stoichiometry = 0.90 |
| 2 | Mouse IgG | -50 | - | Isotype matched control |
| 3 | Human IgG | 76 | - | Isotype matched control |
| 4 | Peptech Mab 1 | -53 | - | |
| 5 | Peptech Mab 25 | -56 | - | |
| 6 | Peptech Mab 37 | -53 | - | |
| 7 | Peptech Mab 42 | -50 | - | |
| 8 | Peptech Mab 53 | -46 | - | |
| 9 | Peptech Mab 54 | -48 | - | |
| 10 | Remicade | 60 | - | Very little unwanted binding |
| 11 | Segard | -47 | - | |
| 12 | D2E7 | 98 | - | Very little unwanted binding |

ABBOTT-HUM 0145663
CONFIDENTIAL

CONFIDENTIAL                                    ABT00161677

## Pair-wise epitope mapping by Biacore using captured Remicade

| Sample | 2° Soluble Immune complex (Ab:Ag ratio = 4:1) | Remicade (RU's) | Binding | Do antibodies share a similar binding epitope? | Comment |
|---|---|---|---|---|---|
| | 1° Captured rhTNFα antagonist, 25 µg/ml | | | | |
| 1 | rhTNFα | 1193 | + | Not applicable | |
| 2 | rhTNFα + Mouse IgG | 868 | + | Not applicable | |
| 3 | rhTNFα + Human IgG | 872 | + | Not applicable | |
| 4 | rhTNFα + Peptech Mab 1 | 1099 | + | No | |
| 5 | rhTNFα + Peptech Mab 25 | 614 | + | No | |
| 6 | rhTNFα + Peptech Mab 37 | 959 | + | No | |
| 7 | rhTNFα + Peptech Mab 42 | 45 | - | Yes | |
| 8 | rhTNFα + Peptech Mab 53 | 27 | - | Yes | |
| 9 | rhTNFα + Peptech Mab 54 | 788 | + | No | |
| 10 | rhTNFα + Remicade | 113 | - | Yes | |
| 11 | rhTNFα + Segard | -48 | - | Yes | |
| 12 | rhTNFα + D2E7 | 91 | - | Yes | |

| Sample | 2° Soluble Antibody only | Remicade (RU's) | Binding | | Comment |
|---|---|---|---|---|---|
| | 1° Captured rhTNFα antagonist, 25 µg/ml | | | | |
| 1 | rhTNFα | 1268 | + | | Stoichiometry = 0.88 |
| 2 | Mouse IgG | -62 | - | | Isotype matched control |
| 3 | Human IgG | 49 | - | | Isotype matched control |
| 4 | Peptech Mab 1 | -59 | - | | |
| 5 | Peptech Mab 25 | -53 | - | | |
| 6 | Peptech Mab 37 | -51 | - | | |
| 7 | Peptech Mab 42 | -51 | - | | |
| 8 | Peptech Mab 53 | -41 | - | | |
| 9 | Peptech Mab 54 | -51 | - | | |
| 10 | Remicade | 106 | - | | Very little unwanted binding |
| 11 | Segard | -43 | - | | |
| 12 | D2E7 | 78 | - | | Very little unwanted binding |

ABBOTT-HUM 0145664
CONFIDENTIAL

CONFIDENTIAL                                           ABT00161678

## Pair-wise epitope mapping by Biacore

| | | 1° Captured rhTNFα antagonist, 25 µg/ml | | |
|---|---|---|---|---|
| Sample | 2° Soluble Immune complex (Ab:Ag ratio = 4:1) | Remicade | D2E7 | Segard |
| 1 | rhTNFα | + | + | + |
| 2 | rhTNFα + Mouse IgG | + | + | + |
| 3 | rhTNFα + Human IgG | + | + | + |
| 4 | rhTNFα + Peptech Mab 1 | + | + | + |
| 5 | rhTNFα + Peptech Mab 25 | + | - | + |
| 6 | rhTNFα + Peptech Mab 37 | + | + | + |
| 7 | rhTNFα + Peptech Mab 42 | - | ? | + |
| 8 | rhTNFα + Peptech Mab 53 | - | ? | + |
| 9 | rhTNFα + Peptech Mab 54 | + | + | + |
| 10 | rhTNFα + Remicade | - | - | - |
| 11 | rhTNFα + Segard | - | - | - |
| 12 | rhTNFα + D2E7 | - | - | - |

ABBOTT-HUM 0145665
CONFIDENTIAL

CONFIDENTIAL  ABT00161679