IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY, *Plaintiffs*, | § § § § | |
| v. | § | CASE NO. 2:07-CV-139-TJW |
| ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., and ABBOTT BIOTECHNOLOGY LTD., *Defendants*. | § § § § § | |

## ORDER

Before the Court are four post-trial motions filed by Defendants Abbott Laboratories, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. (collectively "Defendants"). The Defendants' motions are as follow: (1) Motion for judgment as a matter of law ("JMOL") or for a new trial based on a failure to comply with the written description requirement, or, in the alternative, for reconsideration of this Court's claim construction and entry of JMOL of non-infringement (Dkt. No. 289); (2) Motion for JMOL or for a new trial on a basis of non-infringement and for reconsideration of this Court's claim construction (Dkt. No. 290); 3) Motion for JMOL or for a new trial regarding lost profits and the damages period (Dkt. No. 293); and (4) Motion for JMOL or for a new trial based on a failure to comply with the enablement requirement, or, in the alternative, Motion for JMOL or for new trial based on anticipation (Dkt. No. 294). The Court has carefully considered the parties' submissions, the record, and the applicable law. These Motions are DENIED.

IT IS SO ORDERED.

SIGNED this 1st day of October, 2009.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE