IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CENTOCOR, INC., ET AL. | § | |
| | § | |
| V. | § | CIVIL NO. 2:07-CV-139(TJW) |
| | § | |
| ABBOTT LABORATORIES | § | |

ATTORNEY FOR PLAINTIFFS:   Dianne B. Elderkin, Barbara Mullin, Steven Maslowski

ATTORNEY FOR DEFENDANT:   David Beck, Amy Wigmore

LAW CLERK:   Shane Nelson, Emily Wood

COURTROOM DEPUTY:   Sonja H. Dupree

COURT REPORTER:   Susan Simmons

TELEPHONE CONFERENCE
October 14, 2009 @ 1:00 p.m.

OPEN:   1:00                                                                        ADJOURN:   1:10

Telephone conference began. Parties announced present and ready.

The Court made a disclosure to the parties. The Court asked if anyone had any questions at this time. The Court would like to hear back from the parties regarding the disclosure matter, in writing, within fifteen (15) days.

The Court thanked the parties.

1:10 - adjourned.