# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY,<br><br>    Plaintiffs and<br>    Counterclaim-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., and ABBOTT BIOTECHNOLOGY LTD.,<br><br>    Defendants and<br>    Counterclaim-Plaintiffs. | Civil Action No. 2:07-CV-139 (TJW) |

## NOTICE OF APPEAL

Notice is hereby given that Defendants and Counterclaim-Plaintiffs Abbott Laboratories, Abbott Bioresearch Center, Inc., and Abbott Biotechnology Ltd. appeal to the United States Court of Appeals for the Federal Circuit from the Final Judgment entered in this action on December 18, 2009 (Dkt. 332) and any prior opinions and orders subsumed therein.

Dated: December 21, 2009

By: /s/ David J. Beck

David J. Beck
Texas Bar No. 00000070
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
(713) 951-3700
(713) 951-3720 (Fax)
dbeck@brsfirm.com
Email: dbeck@brsfirm.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS AND
COUNTERCLAIM-PLAINTIFFS ABBOTT
LABORATORIES, ABBOTT BIORESEARCH CENTER,
INC., AND ABBOTT BIOTECHNOLOGY LTD.**

*Of Counsel*:

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee (admitted *pro hac vice*)
Anne McLaughlin (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com
Email: anne.mclaughlin@wilmerhale.com

William G. McElwain (admitted *pro hac vice*)
Amy Kreiger Wigmore (admitted *pro hac vice*)
Jamaica P. Szeliga (admitted *pro hac vice*)
Amanda L. Major (admitted *pro hac vice*)
Jacob S. Oyloe (admitted *pro hac vice*)
Ali Hassan Shah (admitted *pro hac vice*)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000

Facsimile: (202) 663-6363
Email:  william.mcelwain@wilmerhale.com
Email:  amy.wigmore@wilmerhale.com
Email:  jamaica.szeliga@wilmerhale.com
Email:  amanda.major@wilmerhale.com
Email:  jacob.oyloe@wilmerhale.com
Email:  ali.shah@wilmerhale.com

Eric P. Martin (admitted *pro hac vice*)
ABBOTT LABORATORIES
Dept. 324, Bldg. AP6A-1,100
Abbott Park Road
Abbott Park, Illinois 60064-6008
Telephone:  (847) 938-3887
Facsimile:  (847) 938-6235
Email:  eric.martin@abbott.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 21st day of December, 2009, with a copy of the foregoing document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ David J. Beck
David J. Beck