IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., and ABBOTT BIOTECHNOLOGY LTD. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 2:07CV139 <br><br> JURY TRIAL DEMANDED |

## JOINT STIPULATION

The parties, through their respective counsel, hereby stipulate as follows:

The parties' Stipulated Protective Order, entered by this Court on June 24, 2008 (D.I. 72) and as amended on October 1, 2009 (D.I. 324), is hereby further amended as follows:

In Section 7(a), new subsection (iii) is added identifying Akin Gump Strauss Hauer & Feld LLP as litigation counsel for Centocor Ortho Biotech, Inc. and New York University.

| | |
|---|---|
| Dated: March 4, 2010 <br><br> /Dianne B. Elderkin/_____ <br><br> **DIANNE B. ELDERKIN** <br> **(LEAD ATTORNEY)** <br> delderkin@akingump.com <br> **BARBARA L. MULLIN** <br> **(Of Counsel)** <br> bmullin@akingump.com <br> **STEVEN D. MASLOWSKI** | Dated: March 4, 2010 <br><br> /Michael E. Richardson/_____ <br><br> David J. Beck <br> (Lead Attorney) <br> Texas Bar No. 00000070 <br> Beck, Redden & Secrest, L.L.P. <br> One Houston Center <br> 1221 McKinney St., Suite 4500 <br> Houston, TX. 77010 |

| | |
|---|---|
| **(Of Counsel)**<br>smaslowski@akingump.com<br>**ANGELA VERRECCHIO**<br>**(Of Counsel)**<br>averrecchio@akingump.com<br>**MATTHEW A. PEARSON**<br>**(Of Counsel)**<br>mpearson@akingump.com<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Two Commerce Square<br>2005 Market Street, Suite 4100<br>Philadelphia, PA 19103<br>215-965-1200<br>215-965-1210<br><br>**RICHARD A. SAYLES**<br>**(Of Counsel)**<br>Texas State Bar No. 17697500<br>dsayles@swtriallaw.com<br>**MARK D. STRACHAN**<br>**(Of Counsel)**<br>Texas State Bar No. 19351500<br>mstrachan@swtriallaw.com<br>**EVE L. HENSON**<br>**(Of Counsel)**<br>Texas State Bar No. 00791462<br>ehenson@swtriallaw.com<br>**JOHN D. ORMOND**<br>**(Of Counsel)**<br>Texas State bar No. 2403<br><br>**SAYLES │ WERBNER**<br>*A Professional Corporation*<br>4400 Renaissance Tower<br>1201 Elm Street<br>Dallas, Texas 75270<br>(214) 939-8700<br>(214) 939-8787- fax<br><br>**ATTORNEYS FOR PLAINTIFFS**<br>**CENTOCOR ORTHO BIOTECH, INC.**<br>**and NEW YORK UNIVERSITY** | (713) 951-3700<br>(713) 951-3720 (Fax)<br>dbeck@brsfirrn.com<br>Email: dbeck@brsfirm.com<br><br>**ATTORNEY-IN-CHARGE FOR**<br>**DEFENDANT ABBOTT**<br>**LABORATORIES**<br><br>*Of Counsel:*<br><br>Michael E. Richardson<br>State Bar No. 24002838<br>BECK, REDDEN & SECREST, L.L.P.<br>1221 McKinney St., Suite 4500<br>Houston, Texas 77010-2010<br>Telephone: (713) 951-3700<br>Facsimile: (713) 951-3720<br>Email: mrichardson@brsfirm.com<br><br>William F. Lee<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br>Email: william.lee@wilmerhale.com<br><br>William G. McElwain<br>Amy Kreiger Wigmore<br>Amanda L. Major<br>Jamaica P. Szeliga<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>1875 Pennsylvania Avenue, N.W.<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br>Email: william.mcelwain@wilmerhale.com<br>Email: amy.wigmore@wilmerhale.com<br>Email: amanda.major@wilmerhale.com<br>Email: jamaica.szeliga@wilmerhale.com<br><br>Robert J. Gunther, Jr.<br>WILMER CUTLER PICKERING HALE |

|  | AND DORR LLP<br>399 Park Avenue<br>New York, NY 10020<br>Telephone: (212) 230-8830<br>Facsimile: (212) 230-8888<br>Email: robert.gunther@wilmerhale.com<br><br>Eric P. Martin<br>ABBOTT LABORATORIES<br>Dept. 324, Bldg. AP6A-1,100<br>Abbott Park Road<br>Abbott Park, Illinois 60064-6008<br>Telephone: (847) 938-3887<br>Facsimile: (847) 938-6235<br>Email: eric.martin@abbott.com |
|---|---|

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Joint Stipulation was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 4, 2010.

David J. Beck
Texas Bar No. 00000070
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: dbeck@brsfirm.com

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX 77010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Email: william.lee@wilmerhale.com

William G. McElwain
Amy Kreiger Wigmore
Brent J. Gurney
Amanda L. Major
Jamaica Potts Szeliga
Ali H. Shah
Gabriel Taran
Jacob S. Oyloe
Jamie T. Wisz
Maria K. Vento
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.

Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: william.mcelwain@wilmerhale.com
Email: amy.wigmore@wilmerhale.com
Email: brent.gurney@wilmerhale.com
Email: amanda.major@wilmerhale.com
Email: jamaica.szeliga@wilmerhale.com
Email: ali.shah@wilmerhale.com
Email: gabriel.taran@wilmerhale.com
Email: jacob.oyloe@wilmerhale.com
Email: jamie.wisz@wilmerhale.com
Email: maria.vento@wilmerhale.com

Robert J. Gunther, Jr.
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10020
Telephone: (212) 230-8830
Facsimile: (212) 230-8888
Email: robert.gunther@wilmerhale.com

Eric P. Martin
ABBOTT LABORATORIES
Dept. 324, Bldg. AP6A-1, 100
Abbott Park Road
Abbott Park, IL 60064-6008
Telephone: (847) 938-3887
Facsimile: (847) 938-6235
Email: eric.martin@abbott.com

    /Angela Verrecchio/
    Angela Verrecchio