UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY,<br><br>　　Plaintiffs and<br>　　Counterclaim-Defendants,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD.,<br><br>　　Defendants and<br>　　Counterclaim-Plaintiffs. | Civil Action No. 2:07CV139<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Before the Court is an Unopposed Motion for Withdrawal of Counsel filed by Defendants Abbott Laboratories, Abbott Bioresearch Center, Inc. and Abbott Biotechnology Ltd. ("Abbott"). The Court has determined that the motion should be GRANTED. It is hereby,

　　ORDERED that Gabriel Taran is withdrawn as counsel of record for Abbott.

SIGNED this 15th day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE